[No. 22362-7-II.    Division Two.    December 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LUKE A. D'ENTREMONT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-8-00892-1, Scott Neilson, J. Pro Tem., entered August 28, 1997. *Reversed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.

[No. 22626-0-II.    Division Two.    December 11, 1998.]

ROBERT COSTELLO, *Appellant*, v. WEYERHAEUSER COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-2-00273-8, Stephen M. Warning, J., entered November 10, 1997. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 22813-1-II.    Division Two.    December 11, 1998.]

THE HEILIG TRUST, ET AL., *Appellants*, v. FIRST INTERSTATE BANK OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-10292-5, Terry D. Sebring, J., entered January 9, 1998. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Seinfeld and Armstrong, JJ. Now published at 93 Wn. App. 514.

[No. 40707-4-I.    Division One.    December 14, 1998.]

CHRISTOPHER YOUNG, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-01700-1, Joan DuBuque, J., entered April 9, 1997. *Affirmed* by unpublished opinion per Webster, J., concurred in by Agid, A.C.J., and Appelwick, J.